Same memorandum as in *Vassenelli v City of Syracuse* ([appeal No. 1] 138 AD3d 1471 [2016]). Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.

■ NICHOLAS L. VASSENELLI, Appellant, v CITY OF SYRACUSE et al., Defendants, and SHARON ERIKSSON, Respondent. (Appeal No. 4.) [29 NYS3d 213]—Appeal from an order of the Supreme Court, Onondaga County (Hugh A. Gilbert, J.), entered March 4, 2015. The order granted the motion of defendant Sharon Eriksson to dismiss the amended complaint against her.

It is hereby ordered that the order so appealed from is unanimously modified on the law by denying the motion in part and reinstating the third and fourth causes of action against defendant Sharon Eriksson, and as modified the order is affirmed without costs.

Same memorandum as in *Vassenelli v City of Syracuse* ([appeal No. 1] 138 AD3d 1471 [2016]). Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS L. GAINEY, Appellant. [29 NYS3d 214]—Appeal from an order of the Monroe County Court (John L. DeMarco, J.), entered March 14, 2014. The order determined that defendant is a level one risk pursuant to the Sex Offender Registration Act. The appeal was held by this Court by order entered July 2, 2015, decision was reserved and the matter was remitted to Monroe County Court for further proceedings (130 AD3d 1504 [2015]). The proceedings were held and completed.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at County Court. Present—Smith, J.P., Centra, Peradotto, Carni and Scudder, JJ.